JOSEPH J. HODGENS, as Administrator of the Estate of THOMAS J. HODGENS, Deceased, Respondent, *v.* CARMINE SINISGALLI, Appellant.

(Argued June 9, 1933; decided July 11, 1933.)

P. C. *Dugan* for appellant.

*Daniel H. Prior* and *Louis R. Yaguda* for respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN and CROUCH, JJ. KELLOGG and O'BRIEN, JJ., dissent and vote to affirm. Not sitting: HUBBS, J.